1  Paul Gary Sterling, Esq. (CBN 135640)
   Rex M. Clack, Esq. (CBN 059237)
2  David E. Russo, Esq. (CBN 112023)
3  STERLING & CLACK
   A Professional Corporation
4  101 Howard Street, Suite 400
   San Francisco, California  94105
5  Telephone:  (415) 543-5300
6  Facsimile:  (415) 543-3335

7  William H. Ise, Esq. (CBN 81345)
   P.O. Box 40, County Road 34 East
8  Dodge Center, Minnesota 55927
9  Telephone:  (507) 374-2057
   Facsimile:  (507) 374-2980
10

11
   Attorneys for Defendants
12 OSHKOSH TRUCK CORPORATION
   and MCNEILUS TRUCK AND
13 MANUFACTURING, INC.

14
15                    UNITED STATES DISTRICT COURT
16                FOR THE EASTERN DISTRICT OF CALIFORNIA
17                           SACRAMENTO DIVISION
18

19 LAURA A. BERRY; JOSHUA N. BERRY, a    ) Case No.:  CIV.S-04-2701 DFL PAN
   Minor, by and through his Guardian ad Litem, )
20 LAURA A. BERRY; and NEIL W. BERRY,    ) **DEFENDANTS' DISCLOSURE**
21                                       ) **STATEMENT PURSUANT TO FRCP 7.1**
              Plaintiffs,                )
22      vs.                              )
23                                       )
   OSHKOSH TRUCK CORPORATION;            )
24 MCNEILUS TRUCK AND                    )
   MANUFACTURING, INC.; and DOES 1       )
25 through 20, Inclusive,                )
26                                       )
              Defendants.                )
27

28

                                    1

DEF'S DISCLOSURE STATEMENT                          Case No.  CIV.S-04-2701 DFL PAN
PURSUANT TO FRCP 7.1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's standing order, defendants Oshkosh Truck Corporation and McNeilus Truck and Manufacturing, Inc. hereby provide the following information.

1. Defendant Oshkosh Truck Corporation is a publicly held company. T. Rowe Price Associates, Inc., a publicly held company, owns 12.07% of the stock of Oshkosh Truck Corporation.

2. Defendant McNeilus Truck and Manufacturing, Inc. is wholly owned by McNeilus Companies, Inc. (a holding company), which in turn is wholly owned by Oshkosh Truck Corporation.

STERLING & CLACK
Paul Gary Sterling
Rex M. Clack
David E. Russo

Dated:                              By: __s / David E.Russo_____
                                          David E. Russo

WILLIAM H. ISE

Attorneys for Defendants
OSHKOSH TRUCK CORPORATION and
MCNEILUS TRUCK AND
MANUFACTURING, INC.

030103/P/DisclStmt

2

DEF'S DISCLOSURE STATEMENT                         Case No. CIV.S-04-2701 DFL PAN
PURSUANT TO FRCP 7.1