1  Rex M. Clack, Esq. (CBN 059237)
2  David E. Russo (CBN 112023)
   STERLING & CLACK
3  A Professional Corporation
   101 Howard Street, Suite 400
4  San Francisco, California  94105
   Telephone:  (415) 543-5300
5  Facsimile:  (415) 543-3335

6

7  Attorneys for Defendants
   OSHKOSH TRUCK CORPORATION
8  and MCNEILUS TRUCK AND
9  MANUFACTURING, INC.

10

11 Dugan Barr, Esq. (CBN 40663)
   BARR & MUDFORD, LLP
12 1824 Court Street/Post Office Box 994390
   Redding, CA 96099-4390
13 Telephone:  (530) 243-8008
   Facsimile:   (530) 243-1648
14

15
   Attorneys for Plaintiffs
16 LAURA A. BERRY; JOSHUA N.
17 BERRY, a Minor, by and through his
   Guardian ad Litem, LAURA A.
18 BERRY; and NEIL W. BERRY

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

STIPULATION TO CONTINUE DATES FOR                              Case No.  CIV.S-04-2701 DFL PAN
EXPERT DISCLOSURES/DISCOVERY
CUT-OFF; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>    Plaintiffs,<br>vs.<br><br>OSHKOSH TRUCK CORPORATION; MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No.: CIV.S-04-2701 DFL PAN<br><br>**STIPULATION TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUT-OFF; [PROPOSED] ORDER THEREON** |

Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendants OSHKOSH TRUCK CORPORATION and MCNEILUS TRUCK AND MANUFACTURING, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates only for expert disclosures and discovery cut-off, as more particularly set forth below and for the reasons stated herein.

Extending the dates for expert witness disclosures, supplemental and rebuttal expert disclosures, and discovery cut-off by three weeks will allow the parties sufficient time to complete discovery a reasonable time before expert witness disclosures are due, but without affecting the dispositive motion deadline or existing trial date. The parties respectfully submit that good cause exists for extending these discovery cut-off dates by three weeks as it will promote the fair and efficient preparation for trial.

THEREFORE, plaintiffs and defendants hereby stipulate to the following:

1. To continue the date for expert witness disclosures under F.R.C.P. 26(a)(2) from March 1, 2006 to March 22, 2006;

PDF created with pdfFactory trial version www.pdffactory.com

2. To continue the date for supplemental expert disclosures and disclosure of rebuttal experts under F.R.C.P. 26(a)(2)(C), from March 22, 2006 to April 5, 2006;

3. To continue the date by which all discovery shall be completed from May 1, 2006 to May 22, 2006; and

4. All other dates set in the Court's Pre-Trial Scheduling Order filed on September 13, 2005 are to remain the same.

Accordingly, plaintiffs and defendants hereby respectfully request that the Court continue the discovery dates as suggested above.

**IT IS SO STIPULATED:**

STERLING & CLACK

Dated: 2/1/2006                    By: ___s/Rex M. Clack_____
                                        Rex M. Clack

                                        Attorneys for Defendants
                                        OSHKOSH TRUCK CORPORATION and
                                        MCNEILUS TRUCK AND
                                        MANUFACTURING, INC.


BARR & MUDFORD, LLP

Dated: 2/3/2006                    By: _____s/Dugan Barr_____
                                        Dugan Barr

                                        Attorneys for Plaintiffs
                                        LAURA A. BERRY; JOSHUA N. BERRY,
                                        a Minor, by and through his Guardian ad
                                        Litem, LAURA A. BERRY; and NEIL W.
                                        BERRY

Rex M. Clack attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

030103/P\StipToContinueDates re Exp Discl

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed and considered the parties' request and stipulation to continue the dates for disclosure of experts and discovery cutoff, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The last date for the parties to make expert witness disclosures under F.R.C.P. 26(a)(2) is continued from March 1, 2006 to March 22, 2006;

2. The last date for the parties to make supplemental expert disclosures and disclosure of rebuttal experts under F.R.C.P. 26(a)(2)(C) is continued from March 22, 2006 to April 5, 2006;

3. The date by which discovery shall be completed is continued from May 1, 2006 to May 22, 2006; and

4. All other dates set in this Court's Pre-Trial Scheduling Order filed on September 13, 2005 shall remain the same.

Dated:   2/6/2006

_____
DAVID F. LEVI
United States District Judge

STIPULATION TO CONTINUE DATES FOR
EXPERT DISCLOSURES/DISCOVERY
CUT-OFF; [PROPOSED] ORDER                                      Case No.  CIV.S-04-2701 DFL PAN

PDF created with pdfFactory trial version www.pdffactory.com