1  **DUGAN BARR**...............................**State Bar No. 40663**
**DOUGLAS MUDFORD**................**State Bar No. 156392**
2  **J. MICHAEL FAVOR** ...................**State Bar No. 85558**
**DAVID CASE**.................................**State Bar No. 56701**
3  **DOUGLAS H. NEWLAN** ..............**State Bar No. 032250**
4  **BARR & MUDFORD**
1824 Court Street/P.O. Box 994390
5  Redding, California 96099-4390
Telephone:     (530) 243-8008
6  Fax:              (530) 243-1648
7
Attorneys for Plaintiffs
8

9

10                        **UNITED STATES DISTRICT COURT**

11                        **EASTERN DISTRICT OF CALIFORNIA**

12

13

14  LAURA   A.   BERRY;   JOSHUA   N.        NO. CIV. S-04-2701 DFL PAN
BERRY, a Minor, by and through his
15  Guardian ad Litem, LAURA A. BERRY;        STIPULATION AND ORDER FOR
and NEIL W. BERRY,                         DISMISSAL WITHOUT PREJUDICE
16
17         Plaintiffs,

18         vs.

19
OSHKOSH TRUCK CORPORATION;
20  MCNEILUS TRUCK AND
MANUFACTURING, INC.,
21
22         Defendants

23         Plaintiff, LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his

24  Guardian ad Litem, LAURA A. BERRY; and. NEIL W. BERRY, appearing through the

25  undersigned counsel, and defendants, OSHKOSH TRUCK CORPORATION and

26  MCNEILUS TRUCK AND MANUFACTURING, INC.,  appearing through undersigned

27  counsel, hereby agree and stipulate as follows:

28

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

**Stipulation for Dismissal Without Prejudice**

1.   Defendant, OSHKOSH TRUCK CORPORATION, shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2.   The parties are to bear their own costs and attorney fees.

DATED:  March _____, 2006.

BARR & MUDFORD, LLP

By   /s/  Dugan Barr
        DUGAN BARR
        Attorney for Plaintiffs

DATED:  March _____, 2006.

STERLING & CLACK

By   /s/  David E. Russo
        DAVID E. RUSSO
        Attorney for Defendants

/cmc

## ORDER

IT IS SO ORDERED.

DATED:   Apr. 6, 2006                          /s/ David F. Levi
                                                            DAVID E. LEVI
                                                            United States District Judge

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

**Stipulation for Dismissal Without Prejudice**