1  **DUGAN BARR...............................State Bar No. 40663**
2  **DOUGLAS MUDFORD................State Bar No. 156392**
   **J. MICHAEL FAVOR ...................State Bar No. 85558**
3  **DAVID CASE................................State Bar No. 56701**
   **DOUGLAS H. NEWLAN ..............State Bar No. 032250**
4  **BARR & MUDFORD**
   1824 Court Street/P.O. Box 994390
5  Redding, California 96099-4390
   Telephone:     (530) 243-8008
6  Fax:              (530) 243-1648
7
   Attorneys for Plaintiffs
8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12

13  LAURA   A.   BERRY;   JOSHUA   N.        NO.  CIV. S-04-2701 DFL PAN
    BERRY, a Minor, by and through his
14  Guardian ad Litem, LAURA A. BERRY;       STIPULATION TO CONTINUE DATES
    and NEIL W. BERRY,                       FOR SUPPLEMENTAL EXPERT
15                                           DISCLOSURES
                                             ORDER THEREON
16         Plaintiffs,

17         vs.

18  OSHKOSH TRUCK CORPORATION;
    MCNEILUS TRUCK AND
19  MANUFACTURING, INC.; AND DOES 1
    through 20, Inclusive,
20
21         Defendants

22

23         Plaintiffs, LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his

24  guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendants,

25  OSKOSH TRUCK CORPORATION and MCNEILUS TRUCK AND MANUFACTURING,

26  INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate to, and

27

28

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

respectfully request the Court enter an Order continuing the dates only for supplemental expert disclosures, as more particularly set forth below and for the reasons stated herein.

Extending the dates for supplemental expert witness disclosures and rebuttal expert disclosures will allow the parties sufficient time to review the necessary documentation in order to complete their supplemental expert reports, but without affecting the dispositive motion deadline or existing trial date.  The parties respectfully submit that good cause exists for extending the dates for supplemental expert witness disclosures as it will promote the fair and efficient preparation for trial.

THEREFORE, plaintiffs and defendants hereby stipulate to the following:

1.  To continue the date for plaintiffs' Supplemental Expert Disclosure under F.R.C.P. 26(a)(2) (C) from April 5, 2006, to **April 19, 2006.**

2.  To continue the date for defendants' Supplemental Expert Disclosure under F.R.C.P. 26(a)(2)(C) from April 5, 2006, to **May 1, 2006**.

3.  All other dates set in the Court's Pre-Trial Scheduling Order filed on September 13, 2005 and the Stipulation to Continue Dates for Expert Disclosure and Discovery Cut-Off filed on February 6, 2006, are to remain the same.

Accordingly, plaintiffs and defendants hereby respectfully request that the Court continue the Supplemental Expert Disclosure dates as suggested above.

**IT IS SO STIPULATED:**

Dated:  April _____, 2006.

BARR & MUDFORD, LLP

By   /s/  Dugan Barr

**Stipulation to Continue Dates for Supplemental Expert Reports**

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

1

2     Dated:  April _____, 2006.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUGAN BARR
Attorney for Plaintiffs

STERLING & CLACK


By  /s/  Rex M. Clack
REX M. CLACK
Attorney for Defendants

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 3 of 4
**Stipulation to Continue Dates for Supplemental Expert Reports**

**ORDER**

Having reviewed and considered the parties' request and stipulation to continue the dates for Supplemental Expert Disclosures, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1.  The last date for the plaintiffs to make Supplemental Expert Disclosures under F.R.C.P. 26(a)(2)(C) is continued from April 5, 2006, to **April 19, 2006**;

2.  The last date for the defendants to make Supplemental Expert Disclosures under F.R.C.P. 26(a)(2)(C) is continued from April 5, 2006, to **May 1, 2006**;

3.  All the other dates set in this Court's pre-Trial Scheduling Order filed on September 13, 2005 and the Stipulation to Continue Dates for Expert Disclosure and Discovery Cut-Off filed on February 6, 2006, are to remain the same

DATED:   Apr. 6, 2006                           /s/ David F. Levi
                                                DAVID E. LEVI
                                                United States District Judge

/cmc

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

**Stipulation to Continue Dates for Supplemental Expert Reports**