1  Rex M. Clack, Esq. (CBN 059237)
   David E. Russo (CBN 112023)
2  STERLING & CLACK
3  A Professional Corporation
   101 Howard Street, Suite 400
4  San Francisco, California 94105
   Telephone: (415) 543-5300
5  Facsimile: (415) 543-3335

6

7  Attorneys for Defendant
   MCNEILUS TRUCK AND
8  MANUFACTURING, INC.

9

10 Dugan Barr, Esq. (CBN 40663)
   Barr & MUDFORD, LLP
11 1824 Court Street/Post Office Box 994390
12 Redding, CA 96099-4390
   Telephone: (530) 243-8008
13 Facsimile: (530) 243-1648

14
   Attorneys for Plaintiffs
15 LAURA A. BERRY; JOSHUA N.
   BERRY, a Minor, by through his
16 Guardian ad Litem, LAURA A.
17 BERRY; and NEIL W. BERRY

18 //

19 //

20 //

21 //

22                               **OK/HAV**

23 //

24 //

25 //

26 //

27 //

28 //

1

STIPULATION TO CONTINUE DATES FOR              Case No. CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No.: CIV.S-04-2701 DFL PAN<br><br>**STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |

　　　Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendant MCNEILUS TRUCK AND MANUFACTURING, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates for the pretrial conference and trial, as more particularly set forth below and for the reasons stated herein.

　　　On November 16, 2006, the Court entered its order rescheduling the trial in this case to March 19, 2007 by reason of the pending cross motions for summary judgment. Trial counsel for defendant has conflicting trial commitments in March 2007, with two other trials set that month. Defense counsel also has two more trials set in both early and late April, 2007. Plaintiffs' trial counsel has multiple trial commitments in May 2007. By reason of these calendar conflicts, the parties respectfully submit that good cause exists for continuing the dates for trial and the pretrial conference.

　　　THEREFORE, plaintiffs and defendant hereby stipulate to the following:

2

STIPULATION TO CONTINUE DATES FOR　　　　　　　　　　　　　Case No.  CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

1. To continue the trial from March 19, 2007 to June 11, 2007;

2. To continue the date for the pretrial conference from January 19, 2007 to April 27, 2007 at 2:00 p.m.; and

3. To continue the date for filing the Joint Pretrial Statement from January 12, 2007 to April 20, 2007.

Accordingly, plaintiffs and defendant hereby respectfully request that the Court continue the dates as suggested above.

**IT IS SO STIPULATED:**

Dated: January 4, 2006					STERLING & CLACK


							By: _s/ David E. Russo_____
							David E. Russo
							Attorneys for Defendant
							MCNEILUS TRUCK AND
							MANUFACTURING, INC.


							BARR & MUDFORD, LLP


Dated: January 4, 2006					By: _s/ Dugan Barr_____
							Dugan Barr
							Attorneys for Plaintiffs
							LAURA A. BERRY; JOSHUA N. BERRY,
							a Minor, by and through his Guardian ad
							Litem, LAURA A. BERRY; and NEIL W.
							BERRY

030103/P/StipContPretrialProposed

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

# ORDER

Having reviewed and considered the parties' request and stipulation to continue the dates for trial and the pretrial conference, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Trial is continued from March 19, 2007 to June 11, 2007;

2. The pretrial conference is continued from January 19, 2007 to April 27, 2007 at 2:00 p.m.; and

3. The date for filing the Joint Pretrial Statement is continued from January 12, 2007 to April 20, 2007.

Dated:  January 8, 2007

**/s/ David F. Levi**
DAVID F. LEVI
Chief Judge, U.S. District Court
Eastern District of California