1  Rex M. Clack, Esq. (CBN 059237)
   David E. Russo (CBN 112023)
2  STERLING & CLACK
   A Professional Corporation
3  101 Howard Street, Suite 400
4  San Francisco, California  94105
   Telephone:  (415) 543-5300
5  Facsimile:  (415) 543-3335

6

7  Attorneys for Defendant
   MCNEILUS TRUCK AND                                    **OK/HAV**
8  MANUFACTURING, INC.

9


10 Dugan Barr, Esq. (CBN 40663)
   Barr & MUDFORD, LLP
11 1824 Court Street/Post Office Box 994390
12 Redding, CA 96099-4390
   Telephone:  (530) 243-8008
13 Facsimile:  (530) 243-1648

14
   Attorneys for Plaintiffs
15 LAURA A. BERRY; JOSHUA N.
   BERRY, a Minor, by through his
16 Guardian ad Litem, LAURA A.
   BERRY; and NEIL W. BERRY
17

18 //

19 //

20 //

21
   //
22

23 //

24 //

25 //

26
   //
27
   //
28

1

STIPULATION TO CONTINUE DATES FOR                         Case No.  CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY, <br><br>　　　　Plaintiffs, <br>　vs. <br><br>MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive, <br><br>　　　　Defendants. | Case No.: CIV.S-04-2701 DFL PAN <br><br>**STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |

Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendant MCNEILUS TRUCK AND MANUFACTURING, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates for the pretrial conference and trial, as more particularly set forth below and for the reasons stated herein.

On January 22, 2007, the Court entered its order denying the parties' cross-motions for summary judgment and granting defendant's motion for partial summary judgment. The parties now wish to engage in mediation in an effort to resolve the case before the litigation is further pursued. To accomplish that goal, a short continuance of pre-trial and trial dates is reasonably necessary and the parties therefore respectfully submit that good cause exists for continuing the dates for trial and the pretrial conference.

//

//

2

STIPULATION TO CONTINUE DATES FOR　　　　　　　　　　　　　　　Case No.  CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

THEREFORE, plaintiffs and defendant hereby stipulate to the following:

1. To continue the trial from June 11, 2007 to July 16, 2007;

2. To continue the date for the pretrial conference from April 27, 2007 to May 11, 2007 at 2:00 p.m.; and

3. To continue the date for filing the Joint Pretrial Statement from April 20, 2007 to May 4, 2007.

Accordingly, plaintiffs and defendant hereby respectfully request that the Court continue the dates as suggested above.

**IT IS SO STIPULATED:**

Dated: March 6, 2007                                          STERLING & CLACK

                                                                        By:  _s/ David E. Russo_
                                                                             David E. Russo
                                                                             Attorneys for Defendant
                                                                             MCNEILUS TRUCK AND
                                                                             MANUFACTURING, INC.

                                                                             BARR & MUDFORD, LLP

Dated: March 6, 2007                                          By:  _s/ Dugan Barr_
                                                                             Dugan Barr
                                                                             Attorneys for Plaintiffs
                                                                             LAURA A. BERRY; JOSHUA N. BERRY,
                                                                             a Minor, by and through his Guardian ad
                                                                             Litem, LAURA A. BERRY; and NEIL W.
                                                                             BERRY

030103/P/StipContPretrialProposed3-6-07

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

STIPULATION TO CONTINUE DATES FOR
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

Case No. CIV.S-04-2701 DFL PAN

# ORDER

Having reviewed and considered the parties' request and stipulation to continue the dates for trial and the pretrial conference, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Trial is continued from June 11, 2007 to July 16, 2007;

2. The pretrial conference is continued from April 27, 2007 to May 11, 2007 at 2:00 p.m.; and

3. The date for filing the Joint Pretrial Statement is continued from April 20, 2007 to May 4, 2007.

Dated: March 9, 2007

**/s/ David F. Levi**
DAVID F. LEVI
Chief Judge, U.S. District Court
Eastern District of California

4

STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; [PROPOSED] ORDER THEREON   Case No. CIV.S-04-2701 DFL PAN