**DUGAN BARR**.............................. State Bar No. 40663
**TROY DOUGLAS MUDFORD**..... State Bar No. 156392
**J. MICHAEL FAVOR** .................... State Bar No. 85558
**DAVID CASE**................................ State Bar No. 56701
**DOUGLAS H. NEWLAN** .............. State Bar No. 032250
**BARR & MUDFORD**
1824 Court Street/P.O. Box 994390
Redding, California 96099-4390
Telephone:    (530) 243-8008          OK/HAV
Fax:              (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>OSHKOSH TRUCK CORPORATION, et al,<br><br>Defendants | Case No: CIV.S-04-2701 DFL PAN<br><br>**STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |

Plaintiffs, LAURA A. BERRY, JOSHSUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendants, McNEILUS TRUCK AND MANUFACTURING, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates for the pretrial conference and trial, as more particularly set forth below and for the reasons stated herein.

Page 1 of 3

**STIPULATION TO CONTINUE DATES**

**BARR&MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

On January 22, 2007, the Court entered its order denying the parties' cross-motions for summary judgment and granting defendant's motion for partial summary judgment. The parties now wish to engage in mediation in an effort to resolve the case before the litigation is further pursued. To accomplish that goal, a short continuance of the pre-trial and trial dates is reasonably necessary and the parties therefore respectfully submit that good cause exists for continuing the dates for trial and the pretrial conference.

THEREFORE, plaintiffs and defendant hereby stipulate to the following:

1. To continue the trial from July 16, 2007 to July 30, 2007;

2. To continue the date for the pretrial conference from May 11, 2007 to June 6, 2007 at 2:00 p.m.; and

3. To continue the date for filing the Joint Pretrial Statement from May 4, 2007 to May 31, 2007.

**IT IS SO STIPULATED.**

DATED:  April 11, 2007                    BARR & MUDFORD, LLP


 /s/  Troy Douglas Mudford
TROY DOUGLAS MUDFORD for
DUGAN BARR
Attorneys for Plaintiffs


DATED:  April 11, 2007                    STERLING & CLACK


 /s/  David E. Russo
DAVID E. RUSSO
Attorneys for Defendant

**ORDER**
Page 2 of 3

**STIPULATION TO CONTINUE DATES**

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Having reviewed and considered the request by the parties and stipulation to continue the dates for trial and the pretrial conference, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Trial is continued from July 16, 2007 to July 30, 2007;

2. The pretrial conference is continued from May 11, 2007 to June 6, 2007 at 2:00 p.m.;

3. The date for filing the Joint Pretrial statement is continued from May 4, 2007 to May 31, 2007.

DATED: April 17, 2007            /s/ David F. Levi
                                 DAVID F. LEVI
                                 Chief Judge U.S. District Court
                                 Eastern District of California

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008