1  Rex M. Clack, Esq. (CBN 059237)
2  David E. Russo (CBN 112023)
   STERLING & CLACK
3  A Professional Corporation
   101 Howard Street, Suite 400
4  San Francisco, California  94105
5  Telephone:  (415) 543-5300
   Facsimile:  (415) 543-3335                                        **OK/HAV**

6

7  Attorneys for Defendant
   MCNEILUS TRUCK AND
8  MANUFACTURING, INC.

9

10 John D. Barr, Esq. (CBN 40663)
11 Barr & MUDFORD, LLP
   1824 Court Street/Post Office Box 994390
12 Redding, CA 96099-4390
   Telephone:  (530) 243-8008
13 Facsimile:  (530) 243-1648

14
   Attorneys for Plaintiffs
15 LAURA A. BERRY; JOSHUA N.
   BERRY, a Minor, by through his
16 Guardian ad Litem, LAURA A.
   BERRY; and NEIL W. BERRY
17

18 //

19 //

20 //

21 //
22
23 //

24 //

25 //

26
   //
27
   //
28

1

STIPULATION TO CONTINUE DATES FOR                Case No.  CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: CIV.S-04-2701 DFL PAN<br><br>**STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |

    Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendant MCNEILUS TRUCK AND MANUFACTURING, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates for the pretrial conference and trial, as more particularly set forth below and for the reasons stated herein.

    On January 22, 2007, the Court entered its order denying the parties' cross-motions for summary judgment and granting defendant's motion for partial summary judgment. The parties wish to engage in mediation in an effort to resolve the case before the litigation is further pursued. The parties have scheduled a mediation for June 26, 2007. It could not be scheduled earlier because of the trial calendars of the parties' counsel. Plaintiff's counsel is presently in a trial that commenced May 7, 2007 and is expected to last five weeks. Defendant's counsel begins a two to three week trial commencing June 4, 2007. In addition, William Bartlett, Chief Hydraulics Engineer for McNeilus Truck and Manufacturing, Inc. will be unavailable for trial as presently set

to commence on July 30, 2007. Mr. Bartlett is expected to be called as a witness by both parties. Therefore, a continuance of pre-trial and trial dates is reasonably necessary to allow for mediation and to promote a fair and efficient trial, and the parties therefore respectfully submit that good cause exists for continuing the dates for trial and the pretrial conference.

THEREFORE, plaintiffs and defendant hereby stipulate to the following:

1. To continue the trial from July 30, 2007 to March 10, 2008;

2. To continue the date for the pretrial conference from June 6, 2007 to February 8, 2008 at 3:00 p.m.; and

3. To continue the date for filing the Joint Pretrial Statement from May 31, 2007 to February 1, 2008.

Accordingly, plaintiffs and defendant hereby respectfully request that the Court continue the dates as suggested above.

**IT IS SO STIPULATED:**

Dated: May 24, 2007                                STERLING & CLACK


                                                   By: __/s/  David E. Russo_____
                                                   David E. Russo
                                                   Attorneys for Defendant
                                                   MCNEILUS TRUCK AND
                                                   MANUFACTURING, INC.

3

STIPULATION TO CONTINUE DATES FOR                                    Case No.  CIV.S-04-2701 DFL PAN
PRETRIAL CONFERENCE AND TRIAL; [PROPOSED]
ORDER THEREON

|  |  |
|---|---|
|  | BARR & MUDFORD, LLP |
| Dated: May 24 , 2007 | By:    /s/  John D. Barr |
|  | Dugan Barr |
|  | Attorneys for Plaintiffs |
|  | LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY |

030103/P/StipContPretrialProposed5-14-07

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

# **ORDER**

Having reviewed and considered the parties' request and stipulation to continue the dates for trial and the pretrial conference, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Trial is continued from July 30, 2007 to March 10, 2008;

2. The pretrial conference is continued from June 6, 2007 to February 8, 2008 at 3:00 p.m.; and

3. The date for filing the Joint Pretrial Statement is continued from May 31, 2007 to February 1, 2008.

Dated: May 30, 2007

                                 /s/ David F. Levi
                                 DAVID F. LEVI
                                 Chief Judge, U.S. District Court
                                 Eastern District of California