| | |
|---|---|
| 1 | Rex M. Clack, Esq. (CBN 059237) |
| 2 | David E. Russo (CBN 112023)<br>STERLING & CLACK |
| 3 | A Professional Corporation<br>101 Howard Street, Suite 400 |
| 4 | San Francisco, California  94105 |
| 5 | Telephone:  (415) 543-5300<br>Facsimile:  (415) 543-3335 |
| 6 | |
| 7 | Attorneys for Defendant<br>MCNEILUS TRUCK AND |
| 8 | MANUFACTURING, INC. |
| 9 | Dugan Barr, Esq. (CBN 40663) |
| 10 | BARR & MUDFORD, LLP<br>1824 Court Street/Post Office Box 994390 |
| 11 | Redding, CA 96099-4390<br>Telephone:  (530) 243-8008 |
| 12 | Facsimile:  (530) 243-1648 |
| 13 | Attorneys for Plaintiffs |
| 14 | LAURA A. BERRY; JOSHUA N.<br>BERRY, a Minor, by through his |
| 15 | Guardian ad Litem, LAURA A.<br>BERRY; and NEIL W. BERRY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>            Plaintiffs,<br><br>     vs.<br><br>MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive,<br><br>            Defendants. | Case No.: CIV.S-04-2701 RRB EFB<br><br>**STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |

1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY ("Plaintiffs") and Defendant MCNEILUS TRUCK AND MANUFACTURING, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order continuing the dates for the pretrial conference and trial, as more particularly set forth below and for the reasons stated herein.

Trial in this matter is currently scheduled for March 10, 2008, with the pretrial conference set for February 8, 2008. Plaintiffs and defendant have been interested in pursuing mediation. However, due to unusually extensive and complicated scheduling conflicts on the part of parties' counsel and the agreed-upon mediator, the earliest date that a mediation could be scheduled was February 28, 2008.

With the existing schedule, the parties and the Court would have to engage in pre-trial proceedings prior to the mediation. With just a two-month continuance of trial, the parties can devote their time and resources to mediation before preparing for the pre-trial conference and trial and judicial resources can be saved should the mediation be successful. Moreover, mediation has a greater chance of success if the parties can first devote their time and resources to that endeavor.

A continuance of the pre-trial conference and trial dates would allow for a fair and efficient mediation and trial and the parties therefore respectfully submit that good cause exists for continuing the dates for trial and the pretrial conference.

THEREFORE, plaintiffs and defendant hereby stipulate to the following:

1. To continue the trial from March 10, 2008, to May 27, 2008;
2. To continue the date for the pretrial conference from February 8, 2008, to April 25, 2008, at 3:00 p.m.; and
3. To continue the date for filing the Joint Pretrial Statement from February 1, 2008, to April 18, 2008.

Accordingly, plaintiffs and defendant hereby respectfully request that the Court continue the dates as suggested above.

STIPULATION TO CONTINUE DATES FOR PRETRIAL                    Case No. CIV.S-04-2701 RRB EFB
CONFERENCE AND TRIAL; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED:**

Dated: January 23, 2008                          STERLING & CLACK

                                                     By: s/David E. Russo
                                                   David E. Russo
                                                   Attorneys for Defendant
                                                   MCNEILUS TRUCK AND
                                                   MANUFACTURING, INC.

Dated: January 22, 2008                          BARR & MUDFORD, LLP

                                                   By: s/Dugan Barr
                                                   Dugan Barr
                                                   Attorneys for Plaintiffs
                                                   LAURA A. BERRY; JOSHUA N. BERRY,
                                                   a Minor, by and through his Guardian ad
                                                   Litem, LAURA A. BERRY; and NEIL W.
                                                   BERRY

030103/P/StipContPretrialProposed1-17-08

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

3

STIPULATION TO CONTINUE DATES FOR PRETRIAL                    Case No. CIV.S-04-2701 RRB EFB
CONFERENCE AND TRIAL; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having reviewed and considered the parties' request and stipulation to continue the dates for trial and the pretrial conference, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Trial is continued from March 10, 2008, to May 27, 2008.

2. The pretrial conference is continued from February 8, 2008, to April 25, 2008, at 3:00 p.m.

3. The date for filing the Joint Pretrial Statement is continued from February 1, 2008, to April 18, 2008.

Dated: January 23, 2008

**/s/ Ralph R. Beistline**
Ralph R. Beistline
U.S. District Judge
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com