Dugan Barr (SBN 40663)
BARR & MUDFORD
1824 Court Street/P.O. Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs
LAURA A. BERRY, JOSHUA N. BERRY
AND NEIL W. BERRY


Rex M. Clack, Esq. (CBN 059237)
David E. Russo (CBN 112023)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California  94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant
MCNEILUS TRUCK AND
MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAURA A. BERRY; JOSHUA N. BERRY, a Minor, by and through his Guardian ad Litem, LAURA A. BERRY; and NEIL W. BERRY,<br><br>            Plaintiffs,<br>     vs.<br><br>MCNEILUS TRUCK AND MANUFACTURING, INC.; and DOES 1 through 20, Inclusive,<br><br>            Defendants. | Case No.:  CIV.S-04-2701 JAM EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs LAURA A. BERRY, JOSHUA N. BERRY and NEIL W. BERRY, appearing through their undersigned counsel, and defendant MCNEILUS TRUCK AND MANUFACTURING, INC., appearing through its undersigned counsel, hereby agree and stipulate to dismissal with prejudice of the instant action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs of suit and attorneys' fees herein.

DATED: June 11, 2008

BARR & MUDFORD, LLP

By: s/Dugan Barr
    Dugan Barr
    Attorneys for Plaintiffs

DATED: June 11, 2008              STERLING & CLACK

By: s/ Rex M. Clack
    Rex M. Clack
    Attorneys for Defendant
    MCNEILUS TRUCK AND
    MANUFACTURING, INC.

030103/P/Request for Dismissal

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice, each party to bear its own attorneys' fees and costs of suit.

DATED: June 12, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com